Dismissed and Memorandum Opinion filed April 2, 2009








 

Dismissed
and Memorandum Opinion filed April 2, 2009.

 

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00245-CR

____________

 

LEON VAVASSEUR,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
County Criminal Court at Law No. 9

Harris County, Texas

Trial Court Cause No.
1538971

 



 

M E M O R A N D U M   O P I N I O N

A
written request to withdraw the notice of appeal, personally signed by
appellant, has been filed with this Court.  See Tex. R. App. P. 42.2.  Because this Court has not issued an
opinion, we grant appellant=s request.

Accordingly,
we order the appeal dismissed.  We direct the Clerk of the Court to issue the
mandate of the Court immediately.

PER CURIAM

Panel consists of Justices Anderson,
Guzman, and Boyce. 

Do not publish C Tex.
R. App. P. 47.2(b).